# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 11-1578

———————

Scott Reel,                                         *
                                                   *
      Appellant,                           *    Appeal from the United States
                                                   *    District Court for the Eastern
    v.                                       *    District of Missouri.
                                                   *
Michael J. Astrue, Commissioner,                   *        [UNPUBLISHED]
Social Security Administration,                    *
                                                   *
      Appellee,                            *

———————

Submitted: September 7, 2011
Filed:   September 9, 2011

———————

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Scott Reel appeals from the order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income.  After de novo review, see Van Vickle v. Astrue, 539 F.3d 825, 828 (8th Cir. 2008), we conclude that Reel failed to meet his burden of proving that his alcoholism was not a

———————

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

contributing factor material to the Commissioner's determination that he is disabled, see Kluesner v. Astrue, 607 F.3d 533, 537 (8th Cir. 2010).[2]  Accordingly, we affirm.

_____

[2]We decline to address the issues that Reel has not adequately developed on appeal.  See Meyers v. Starke, 420 F.3d 738, 743 (8th Cir. 2005).

-2-